In the Matter of the Claim of FRANK J. MALONE, Respondent, against CITY OF NEW YORK, Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by the State Insurance Fund from an award of the State Industrial Board made in claimant's favor and noticed on February 5, 1938. Claimant sustained accidental injuries on June 25, 1935. The sole question presented to this court is whether claimant was a State employee in his capacity of court attendant at the Court of General Sessions or whether he was an employee of the city of New York. The Board found that he was a State employee. Award unanimously affirmed on the authority of *Matter of Miller* v. *State of New York* (253 App. Div. 182), with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JAMES E. KELLY, Respondent, against COMMISSIONER OF RECORDS, SURROGATE'S COURT, NEW YORK COUNTY, Employer, and STATE INSURANCE FUND, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Claimant was a general clerk in the office of the commissioner of records, Surrogate's Court, New York county. He was appointed by the commissioner from the State civil service list. The commissioner is appointed by the surrogate. (Laws of 1911, chap. 534.) Claimant while walking through an aisle cut his thumb upon the edge of a metal filing case, from which infection developed in the thumb, index and middle fingers of the right hand, for which an award has been made against the State. The appellant argues that the award should be against the city of New York, which pays his salary. His work is performed in connection with the operation of the Surrogate's Court, an office of the city of New York. The surrogate is not a city or county officer and his court and office are not institutions of the city or county. Their functions are State activities. The award was properly made against the State. (*Ledwith* v. *Rosalsky*, 244 N. Y. 406; *Matter of Miller* v. *State of New York*, 253 App. Div. 182.) Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.